1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10  ISMAEL MARQUEZ,                          Case No. LACV 18-9868-MCS (LAL)
11                    Petitioner,            **ORDER ACCEPTING REPORT AND**
                                             **RECOMMENDATION OF UNITED**
12           v.                              **STATES MAGISTRATE JUDGE**
13  RAYMOND MADDEN, Warden,
14                    Respondent.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: June 7, 2022

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1