JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL MARQUEZ,<br><br>  Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>  Respondent. | Case No. LACV 18-9868-MCS (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 7, 2022

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE